# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.K.; ERNCIE GALAVIZ,<br><br>Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>Defendants. | NO. EDCV 24-0123-SRM (AGR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, judgment is entered for Defendants and this action is dismissed without prejudice.

DATED: March 19, 2025

_____

SERENA R. MURILLO
United States District Judge